187 So.2d 451

Lawrence P. SMITH

v.

SUCCESSION OF Leo O. JOHNSON et al.

No. 48267.

June 23, 1966.

In re: Succession of Leo O. Johnson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 185 So.2d 603.

The application is denied. There is no error of law in the judgment complained of.